Moe Schwarz, as Executor of Isidor Frey, Deceased, Respondent, *v.* E. Regensburg & Sons, Appellant.

*Frey* v. *Regensburg*, 173 App. Div. 967, affirmed.
(Argued June 2, 1919; decided July 15, 1919.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 26, 1916, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The complaint alleged a contract by which, in consideration of the plaintiff's testator's agreement to retire from defendant's employ, to refrain from soliciting orders from any of his customers or trade, and to refrain from entering into the same line of business as the defendant's, from competing with the defendant and from obtaining any of the defendant's trade or customers or selling any merchandise similar to the defendant's, the defendant agreed to pay the plaintiff's testator $5,000 per year for the period of his life in equal weekly installments. The action was brought by the original plaintiff and on his death continued by the present plaintiff as executor to recover the weekly installments for the period from February 22, 1913, up to and including May 16, 1914, amounting to $6,250.40. The complaint also alleged the recovery and existence of a judgment in favor of the original plaintiff on this same contract for the installments up to and including February 15, 1913. The defense here was that by suing specifically for definite earlier installments, plaintiff is barred from now claiming later installments.

*Edmund L. Mooney* and *Martin Paskus* for appellant.
*Joseph M. Proskauer* and *Charles F. Bailey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Collin, Cuddeback, Cardozo, Pound, McLaughlin and Andrews, JJ.